1  Sebastian L. Miller (SBN 265793)
   sebastian@sebastianmillerlaw.com
2  SEBASTIAN MILLER LAW, P.C.
   3785 Via Nona Marie, Suite 203-E
3  Carmel, CA 93923
   Telephone: 408.348.1728
4  Facsimile: 408.716.3149
   Attorneys for Plaintiffs
5  RACHEL MONTELONGO, et al.

6  Stephan A Barber
   steve@jrgattorneys.com
7  JRG Attorneys at Law
   318 Cayuga Street
8  Salinas, California 93901
   Telephone: 831-754-2444
9  Facsimile: 831-269-7143
   Attorneys for Defendant
10
11 360 ESPINOSA ROAD II LLC
   (erroneously named as NUG FARMS)
12
   Gerardo V. Hernandez (SBN 292809)
13 ghernandez@littler.com
   Littler Mendelson
14 5200 N. Palm Avenue, Suite 302
   Fresno, CA 93704
15 Telephone: (559) 244-7500

16 Attorneys for Defendant
   VALLEY HARVEST, LLC
17
                    UNITED STATES DISTRICT COURT
18
                    NORTHERN DISTRICT OF CALIFORNIA
19

20 RACHEL MONTELONGO, et al.,            Case No. 21-cv-00235-BLF

21         Plaintiff,                    **STIPULATED DISMISSAL WITH
                                         PREJUDICE**
22    v.
                                         **[FED. R. CIV. P. 41(a)(1)(A)(ii)]**
23 VALLEY HARVEST, LLC, et al.,

24         Defendants.

25

26

67001397v.1

1

**TO THE CLERK OF THE COURT AND HONORABLE BETH LABSON FREEMAN:**

Plaintiffs Rachel Montelongo, Andrea Montelongo and Alejandra Montelong (together, "Plaintiffs") and Defendants Valley Harvest, LLC ("Valley") and 360 Espinosa Road II, LLC ("360" and, together with Valley, "Defendants") (referred to collectively as the "Parties"), by and through their respective attorneys of record, hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), which states that a "plaintiff may dismiss an action without court order by filing . . . a stipulation signed by all parties who have appeared." Thus, a properly filed stipulated dismissal made pursuant to Rule 41(a)(1)(ii) is effective automatically and does not require judicial approval. *Hester Indus., Inc. v. Tyson Foods, Inc.*, 160 F.3d 911, 916 (2d Cir. 1998).

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs filed this action on January 11, 2021. On or about July 20, 2021, the Parties participated in private mediation and thereafter agreed to resolve all controversies to their mutual satisfaction. WHEREFORE, the Parties, through their undersigned attorneys of record, hereby stipulate to dismiss the instant case, with prejudice, pursuant to Rule 41(a)(1)(A)(ii). Each Party shall bear all of her or its own attorneys' fees and costs in accordance with the terms of the agreement between the Parties. The Clerk of this Court shall close the case file.

**IT IS SO STIPULATED.**

Dated: October 15, 2021                    SEBASTIAN MILLER LAW, P.C.


By:   */s/ Sebastian L. Miller*
      Sebastian L. Miller
      Attorneys for Plaintiff
      RACHEL MONTELONGO, et al.

DATED: October 15, 2021                    LITTLER MENDELSON


                                           By: */s/ Gerardo Hernandez*
                                                Gerardo Hernandez
                                                Attorney for Defendant
                                                Valley Harvest, LLC


DATED: October 15, 2021                    JRG ATTORNEYS AT LAW


                                           By: */s/ Stephan A. Barber*
                                                Stephan A. Barber
                                                Attorney for Defendant
                                                360 Espinosa Road II, LLC


**ATTORNEY ATTESTATION**

    I, Sebastian L. Miller, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.


 DATED: October 15, 2021                    SEBASTIAN MILLER LAW, P.C.


                                           */s/ Sebastian L. Miller*
                                           Sebastian L. Miller
                                           Attorneys for Plaintiff
                                           RACHEL MONTELONGO, et al.

67001397v.1